UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT VAN DEN HEUVEL,<br><br>Defendant. | No. 2:24-cv-00753-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 9) |

Plaintiff Jean Marc Van Den Heuvel, proceeding *pro se* and *in forma pauperis*, initiated this civil action on March 12, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2024, the assigned magistrate judge issued an order requiring plaintiff to show cause as to why this matter should not be dismissed for lack of subject matter jurisdiction. (Doc. No. 5 at 2.) Specifically, the magistrate judge found that plaintiff had not alleged a federal claim against defendant and that therefore there was no basis for federal subject matter jurisdiction over this action based on plaintiff's complaint. (*Id.* at 1–2.) On April 26, 2024, plaintiff filed a difficult-to-decipher response to that order to show cause which did not address the complaint's deficiencies as identified by the magistrate judge. (Doc. No. 6.) Accordingly, on July 10, 2024, the magistrate judge issued findings and recommendations recommending that this action be dismissed for lack of subject matter jurisdiction. (Doc. No. 9.) Those findings and

1

recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 10, 2024 (Doc. No. 9) are adopted in full;
2. Plaintiff's complaint is dismissed due to a lack of subject matter jurisdiction; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 13, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2